# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   ALEX E BALQUIEDRA                   §         Case No.: 09-17334
         ROSARIO H BALQUIEDRA                §
                                             §
         Debtor(s)                           §
---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 05/13/2009.

2) This case was confirmed on 07/13/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/17/2011.

6) Number of months from filing to the last payment:  29

7) Number of months case was pending:  31

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $   44,600.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 83,080.00 |
| Less amount refunded to debtor | $ | 135.27 |
| **NET RECEIPTS** | $ | 82,944.73 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,374.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 4,913.19 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 8,287.19 |
| Attorney fees paid and disclosed by debtor | $ | 126.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL S | UNSECURED | 7,462.00 | 7,462.02 | 7,462.02 | 3,641.13 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 7,772.00 | 7,772.86 | 7,772.86 | 3,792.82 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 5,985.00 | 5,827.00 | 5,827.00 | 2,843.33 | .00 |
| AMC MORTGAGE | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | 1,700.00 | .00 | 1,700.00 | 1,420.77 | 90.80 |
| AMERICAN GENERAL FIN | UNSECURED | 2,752.66 | 2,752.66 | 2,752.66 | 1,343.18 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| INDYMAC BANK | SECURED | 231,000.00 | 292,052.88 | .00 | .00 | .00 |
| INDY MAC BANK | UNSECURED | 62,109.00 | NA | NA | .00 | .00 |
| INDYMAC BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL SERVIC | SECURED | 32,855.00 | 33,021.29 | .00 | .00 | .00 |
| CITIFINANCIAL MORTGA | UNSECURED | 32,855.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL MORTGA | OTHER | .00 | NA | NA | .00 | .00 |
| DELL FINANCIAL | SECURED | 300.00 | .00 | .00 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 707.00 | 972.05 | 972.05 | 478.57 | .00 |
| DELL PREFERRED ACCOU | OTHER | .00 | NA | NA | .00 | .00 |
| DELL FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| DELL FINANCIAL | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 1,834.00 | 2,675.97 | 2,675.97 | 1,305.75 | .00 |
| GE MONEY BANK | SECURED | 1,500.00 | .00 | .00 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 1,886.00 | 3,343.86 | 3,343.86 | 2,659.90 | .00 |
| GE MONEY BANK | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GE MONEY BANK | SECURED | 2,000.00 | .00 | .00 | .00 | .00 |
| GE CONSUMER FINANCE | UNSECURED | 2,725.00 | 4,863.30 | 4,863.30 | 3,489.29 | .00 |
| GE MONEY BANK | OTHER | .00 | NA | NA | .00 | .00 |
| GMAC | SECURED | 1,996.00 | 1,996.46 | 1,996.00 | 1,996.00 | 3.50 |
| WELLS FARGO FINANCIA | SECURED | 12,000.00 | .00 | 18,333.87 | 15,322.63 | 979.20 |
| WELLS FARGO FINANCIA | UNSECURED | 6,334.00 | NA | NA | .00 | .00 |
| AAA FINANCIAL SERVIC | UNSECURED | 1,684.00 | NA | NA | .00 | .00 |
| CBC/AES/NCT | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 4,546.00 | 4,687.43 | 4,687.43 | 2,287.27 | .00 |
| AMERICAN EXPRESS | UNSECURED | 1,982.00 | 2,067.30 | 2,067.30 | 995.13 | .00 |
| AMERICAN EXPRESS | UNSECURED | 1,870.00 | 1,908.48 | 1,908.48 | 918.68 | .00 |
| AMERICAN EXPRESS | UNSECURED | 1,867.00 | 1,717.42 | 1,717.42 | 826.72 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN HONDA FINAN | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| BAC/FLEET BKCARD | OTHER | .00 | NA | NA | .00 | .00 |
| BAC/FLEET BKCARD | UNSECURED | .00 | NA | NA | .00 | .00 |
| BAC/FLEET BKCARD | OTHER | .00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | OTHER | .00 | NA | NA | .00 | .00 |
| BANCO POPULAR | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 1,550.00 | 1,979.02 | 1,979.02 | 965.69 | .00 |
| BANK ONE | OTHER | .00 | NA | NA | .00 | .00 |
| BP CBSD | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 10,888.00 | 10,888.69 | 10,888.69 | 5,313.20 | .00 |
| CAPITAL ONE | UNSECURED | 3,956.00 | 4,110.82 | 4,110.82 | 2,005.89 | .00 |
| CENTRAL MORTGAGE COM | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,482.00 | 5,270.51 | 5,270.51 | 2,571.79 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,703.00 | 3,560.32 | 3,560.32 | 1,737.29 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,217.00 | 2,217.69 | 2,217.69 | 1,067.52 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,255.00 | 2,742.23 | 2,742.23 | 1,338.10 | .00 |
| CHASE BANK USA | UNSECURED | .00 | 1,255.12 | 1,255.12 | 604.18 | .00 |
| CHASE MANHATTAN MORT | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE CC | OTHER | .00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 3,726.00 | 3,726.47 | 3,726.47 | 1,818.33 | .00 |
| CITIFINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| COLE TAYLOR | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 163.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| EXXMBLCITI | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST USA BANK | UNSECURED | 5,065.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GE CAPITAL CREDIT CA | OTHER | .00 | NA | NA | .00 | .00 |
| GEMB ABT TV | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS BANK NH NA | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,517.00 | 3,587.71 | 3,587.71 | 1,750.63 | .00 |
| HSBC BANK | UNSECURED | 2,400.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 903.00 | 983.42 | 983.42 | 473.40 | .00 |
| BASS & ASSOCIATES | UNSECURED | 1,236.00 | 1,236.37 | 1,236.37 | 595.15 | .00 |
| HSBC/RS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE STUDENT LOANS | UNSECURED | 58,899.00 | 21,997.37 | .00 | .00 | .00 |
| JPMORGAN CHASE | UNSECURED | 20,832.00 | .00 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| KOHLS | OTHER | .00 | NA | NA | .00 | .00 |
| LOUIS N KOROMPILAS D | OTHER | .00 | NA | NA | .00 | .00 |
| M&I HOME LENDING | OTHER | .00 | NA | NA | .00 | .00 |
| DEPT STORES NATL BK/ | UNSECURED | 666.00 | 719.86 | 719.86 | 346.52 | .00 |
| DEPT STORES NATL BK/ | UNSECURED | 95.00 | 95.21 | 95.21 | 46.46 | .00 |
| MATRIX FINCL | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 252.00 | NA | NA | .00 | .00 |
| NICOR GAS | OTHER | .00 | NA | NA | .00 | .00 |
| OLD KENT BANK & TRUS | OTHER | .00 | NA | NA | .00 | .00 |
| RSHK/CBSD ATTN CENTR | OTHER | .00 | NA | NA | .00 | .00 |
| RNB-FIELDS3 | OTHER | .00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 1,950.00 | 1,989.13 | 1,989.13 | 957.49 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 4,230.00 | 4,230.72 | 4,230.72 | 2,064.41 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 403.00 | 403.50 | 403.50 | 194.22 | .00 |
| WELLS FARGO BANK NV | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 1,123.00 | 1,123.41 | 1,123.41 | 540.79 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 3,041.00 | 3,046.19 | 3,046.19 | 1,486.40 | .00 |
| JILLIAN BALQUIEDRA | OTHER | .00 | NA | NA | .00 | .00 |
| RYAN BALQUIEDRA | OTHER | .00 | NA | NA | .00 | .00 |
| INDYMAC BANK | SECURED | .00 | 8,717.56 | 700.73 | 700.73 | .00 |
| CITIFINANCIAL MORTGA | SECURED | .00 | .00 | .00 | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | .00 | 1,550.08 | 1,550.08 | 746.16 | .00 |
| GE CONSUMER FINANCE | UNSECURED | NA | 3,458.97 | 3,458.97 | 1,687.82 | .00 |
| GE CONSUMER FINANCE | UNSECURED | NA | 2,563.09 | 2,563.09 | 1,250.70 | .00 |
| GMAC | UNSECURED | NA | .00 | .46 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NA | 1,979.02 | .00 | .00 | .00 |
| SCENIC TREE | OTHER | .00 | NA | NA | .00 | .00 |
| GMAC | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 700.73 | 700.73 | .00 |
| Debt Secured by Vehicle | 20,329.87 | 17,318.63 | 982.70 |
| All Other Secured | 1,700.00 | 1,420.77 | 90.80 |
| **TOTAL SECURED:** | 22,730.60 | 19,440.13 | 1,073.50 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 106,789.34 | 54,143.91 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 8,287.19 |
| Disbursements to Creditors | $ | 74,657.54 |
| **TOTAL DISBURSEMENTS:** | $ | 82,944.73 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   12/20/2011               /s/ Tom Vaughn
                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**